# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN
# GRAND RAPIDS DIVISION
# AMENDED 12/19/2006

In re *Timothy Robert Fore and Patti Jo Fore*                    Case No. *06-05842-jrh*
                                                                 Chapter  *7*

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - HUSBAND'S DEBTS

☒  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☒  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒  I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 52 |
|---|---|---|---|---|---|
| *2004 Jaguar XJRS* | *Chase* |  | X |  | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
|  |  |  |

### Signature of Debtor(s)

Date: *12/19/2006*              Debtor: */s/ Timothy Robert Fore*

Page  *1*  of ___

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN
# GRAND RAPIDS DIVISION
# AMENDED 12/19/2006

In re *Timothy Robert Fore and Patti Jo Fore*    Case No. *06-05842-jrh*
Chapter  *7*

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

☒ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☒ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 52 |
|---|---|---|---|---|---|
| 1314 Powers, NW, Grand Rapids, MI  49504 (Rental) | MACATAWA BANK | X | | | |
| 2002 Ford ThunderBird | Huntington National Ba | | | | X |
| 1742 Oakleigh Woods Drive, NW, Grand Rapids, MI  49504 | Home Coming Funding Ne | X | | | |
| 2003 Infiniti | Fifth Third Bank | | | X | X |
| 1742 Oakleigh Woods Drive, NW, Grand Rapids, MI  49504 | Fifth Third Bank | X | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

**Signature of Debtor(s)**

Date: *12/19/2006*          Debtor: */s/ Patti Jo Fore*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN
# GRAND RAPIDS DIVISION
# AMENDED 12/19/2006

In re *Timothy Robert Fore and Patti Jo Fore*                    Case No. *06-05842-jrh*
                                                                 Chapter *7*

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

☒ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☒ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1314 Powers, NW, Grand Rapids, MI  49504 (Rental) | INTERNAL REVENUE SERVICE | X | | | |
| 1742 Oakleigh Woods Drive, NW, Grand Rapids, MI  49504 | CENTURY 21 REAL ESTATE CORP | X | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

### Signature of Debtor(s)

Date: *12/19/2006*          Debtor: */s/ Timothy Robert Fore*

Date: *12/19/2006*          Joint Debtor: */s/ Patti Jo Fore*