UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

TIMOTHY ROBERT FORE and
PATTI JO FORE,

Debtors.

Case No. 06-05842-jrh
Chapter 7 Proceeding
Hon. Jeffrey R. Hughes

_____/

## VERIFICATION OF AMENDED SCHEDULES B and C

Timothy Robert Fore and Patti Jo Fore, the above-captioned Debtors, declare under penalty of perjury that we have amended Schedules B and C to add Jewelry with a value of $2,020 and hereby exempts it under 11 USC 522(d)(4) in the exemption amount of $2,020, and to add Artwork with a value of $2,275, and hereby exempts it under 11 USC 522(d)(3) in the exemption amount of $2,275, and hereby exempt the Fifth Third Bank Checking Account under 11 USC 522(d)(5) and state that this information is true and correct to the best of our information, knowledge, and belief.

Dated: January 18, 2007

/s/ Timothy Robert Fore
Timothy Robert Fore, Debtor

Dated: January 18, 2007

/s/ Patti Jo Fore
Patti Jo Fore, Debtor

Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

350402.121906.verification

In re Timothy Robert Fore and Patti Jo Fore _____ / Debtor    Case No. 06-05842-jrh
(If known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 01/18/2007

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.
Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Fifth Third Bank Checking Account | W | $ 355.07 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Artwork: Thomas McKnight "Chicago" ($900); John Lennon print ($400); and Boulange' print ($975) Location: In debtor's possession | J | $ 2,275.00 |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | | Jewelry: Location: In debtor's possession | J | $ 2,020.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

Page 1 of 3

In re **Timothy Robert Fore and Patti Jo Fore** _____ / Debtor    Case No. _06-05842-jrh_
                                                                                    (if known)

## SCHEDULE B-PERSONAL PROPERTY
## Amended 01/18/2007
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Page _2_ of _3_

In re Timothy Robert Fore and Patti Jo Fore / Debtor    Case No. 06-05842-jrh
(If known)

## SCHEDULE B-PERSONAL PROPERTY
### Amended 01/18/2007
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

age 3 of 3    Total → $ 4,650.07

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached

In re Timothy Robert Fore and Patti Jo Fore _____ /Debtor    Case No. 06-05842-jrh
(If known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT
### Amended 01/18/2007

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds $125,000.
(Check one box)
☒ 11 U.S.C. § 522(b) (2);
☐ 11 U.S.C. § 522(b) (3):

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Fifth Third Bank Checking Account | 11 USC 522(d)(5) | $ 355.07 | $ 355.07 |
| Artwork | 11 USC 522(d)(3) | $ 2,275.00 | $ 2,275.00 |
| Jewelry | 11 USC 522(d)(4) | $ 2,020.00 | $ 2,020.00 |

Page No. 1 of 1